UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TREBARIUS MCGEE,

    Defendant.
_____/

Case No.  1:18−cr−167

Paul L. Maloney
United States District Judge

**MOTION FOR REDUCTION IN SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**

# Exhibit A

1

6/1/20

MAY, 25 /2020
(Month) (Day)

**Submitted to Prison Staff on:**
MAY, 26TH, 2020

Dear Warden ENSLEY (Warden's Last Name):

My name is TREBARIUS and my Register No. is 22250-040. I am writing to respectfully request that I be considered for an early release from prison under the Compassionate Release Program, under 18 U.S.C. § 3582(c)(1), and that you treat this as a formal request for a reduction in sentence (RIS).

I believe I am a good candidate for Compassionate Release for the following reasons. I have been incarcerated since Sept 30TH 2019. I am currently 32-years-old.

Since I have been incarcerated, I have received the following medical treatment: Mental Health. The doctor's in jail didn't want to start me on any medications for Cholesterol because I was coming to Prison. or diabetes

My current physical and mental health problems include: Type 2 diabetes, High Cholesterol, Micro-vascular disease, Bell palsy, Also I have an anxiety disorder, panic disord, and specific phobia. (I was diagnosed with Bells palsy & micro-vascular disease in jail.)

I take the following medications: Waiting on the reopening of the facility to so dr lee can place back on meds

I believe that I am at high risk of complications if I contract COVID-19 because of these factors which are known to be. these are pre-existing conditions and, I'm African-American. (Covid 19 has been very hard on African Americans)

Other information that makes me a good candidate for compassionate release includes: I have my Ged, also a building trade, ready employment. Also, I should have "low security" points within 6 months) I'm non-violent.

When I am released from prison, I plan to live with my mother Debbie McGee. at 1010 Woodfield Dr Grand Rapids, mi 49548.

Because of my age, my health, my behavior in prison, and the risk that I will contract COVD-19 and suffer serious complications, I request early release under the Compassionate Release Program.

Thank you for your time and consideration.

TREBARIUS MCGEE, Register Number: 22250-040
(Full name)

Also, my mother has diabetes, high cholesterol and one kidney. She is also a frontline worker and she might need me should she contract the covid 19 virus.