UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

                                           Case No. 1:18-cr-167

v.

                                           Hon. Paul L. Maloney
                                           United States District Judge

TREBARIUS MCGEE,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO
## FILE UNDER RESTRICTED ACCESS

      Before the Court is the Defendant's motion for leave to file Exhibit C for Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) under restricted access.

      Leave of the Court is granted for the filing of Exhibit C for Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) under restricted access.

      Restricted access shall be provided to the Court and attorneys for the government and the named defendant only.

Dated:  September 22, 2020                    /s/ Paul L. Maloney
                                                 HON. PAUL L. MALONEY
                                                 United States District Judge