UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  No. 1:18-cr-167-19

   vs.                            HON. PAUL L. MALONEY
                                         United States District Judge

TREBARIUS MCGEE,

        Defendant.
_____/

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS**

      Before the Court is the Government's Motion for Leave to File Government Exhibit 1 to Government's Response to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A) (ECF No. 1307) under restricted access.

      Leave of the Court is granted for the filing of Government Exhibit 1 to Government's Response to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A) under restricted access.

      Restricted access shall be provided to the Court, attorneys for the Government and the named defendant only.

                                                  /s/ Paul L. Maloney
                                                  HONORABLE PAUL L. MALONEY
                                                  United States District Judge

Date: October _1_, 2020